ALETTA T. BENTON, Appellant, *v.* FREDERICK L. BENTON, Respondent.

*Benton* v. *Benton*, 148 App. Div. 893, affirmed.
(Argued December 12, 1913; decided December 30, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1911, affirming a judgment in favor of defendant entered upon the report of a referee in an action for divorce.

*John H. Hazelton* for appellant.

*John H. Corwin* for respondent.

Judgment affirmed on the ground that while the admission of evidence of the plaintiff's irrationality, and of her having written certain anonymous letters, and also the admission of a certain printed article from a periodical, were wholly immaterial and irrelevant, yet upon all the evidence in the case it appears that the errors in the

ruling relating thereto could not have affected the result, without costs to either party; no opinion.

Concur: CULLEN, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.